**Charles A. Griffin, appellee, v. Alfred Hodges, appellant. Gen. No. 29,818.**

Suit for real estate broker's commissions. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. J. R. Pritchard, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1924. Affirmed. Opinion filed April 13, 1925. Rehearing denied April 27, 1925.

Ellis & Westbrooks, for appellant; Harris B. Gaines and Blaine G. Alston, of counsel. Alonzo E. Tansil, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

**Mattie Lockhart, administratrix of the estate of J. W. Lockhart, deceased, appellee, v. A. Silver, appellant. Gen. No. 29,845.**

Suit by administratrix for balance due for merchandise sold to defendant by plaintiff's intestate. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. George A. Curran, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1924. Affirmed. Opinion filed April 13, 1925.

Lewis, Adler, Lederer & Kahn, for appellant. Julian J. Luster, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

**Freda Wincon, appellant, v. Dennis J. Egan et al., appellees. Gen. No. 29,857.**

Motion to vacate order quashing writ of replevin and ordering return of replevied property. Motion denied. Appeal from the Circuit Court of Cook county; the Hon. John H. Marshall, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1924. Affirmed. Opinion filed April 13, 1925.

Novak & Novak, for appellant; Frank H. Novak, of counsel. Harold O. Mulks, for appellees.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

**Kazimer Jamontas, appellee, v. Freda Wincon and James Wincon, appellants. Gen. No. 29,858.**

Motion to vacate judgment by confession. Motion denied. Appeal from the Municipal Court of Chicago; the Hon. John J. Rooney, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1924. Affirmed. Opinion filed April 13, 1925.

Novak & Novak, for appellants. Harold O. Mulks, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.